

**Kenneth W. Jenkins**
County Executive

Office of the County Attorney

**John M. Nonna**
County Attorney

January 20, 2026

**VIA ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Charles L. Brieant Jr. U.S. Courthouse
300 Quarropas Street
White Plains, N.Y.  10601

Re:    **Pellis v. Russo**, 25-cv-3720 (KMK)

Dear Judge Karas:

This office represents Defendant Vincent R. Russo in the above-referenced matter.  We write jointly with counsel for Plaintiff herein.

An initial conference in this matter is scheduled telephonically before Your Honor tomorrow, January 20, 2026, at 10:30 a.m.  We write to inform the Court that the parties have just reached a settlement in this matter. As the settlement will require approval by the appropriate Westchester County boards, we are requesting that the conference be adjourned 60 days.  We will inform the Court during that period if the settlement has been approved and finalized.

I thank you in advance for your time and consideration of this matter and should your staff need to contact me, I can be reached at (914) 995-3637.

Michaelian Office Building
148 Martine Avenue
White Plains, New York 10601          Telephone: (914) 995-2600          Website:westchestercountyny.gov

Respectfully submitted,

Granted.

John M. Nonna
Westchester County Attorney

The conference is adjourned to
3/24 /26, at 12 : 00

So Ordered.

/s/ Loren Zeitler

1/20/26

By:  Loren Zeitler
Associate County Attorney

cc:    All counsel (via ECF)