

Kenneth W. Jenkins
County Executive

Office of the County Attorney

John M. Nonna
County Attorney

March 17, 2026

**VIA ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Charles L. Brieant Jr. U.S. Courthouse
300 Quarropas Street
White Plains, N.Y.  10601

Re:    Pellis v. Russo, 25-cv-3720 (KMK)

Dear Judge Karas:

This office represents Defendant Vincent R. Russo in the above-referenced matter.  We write jointly with counsel for Plaintiff herein.

As we indicated in our letter to Your Honor of January 20, 2026, the parties reached a settlement that required approval by the appropriate Westchester County boards.  We requested at that time a 60-day adjournment of the January 21, 2026 status conference and indicated that we would inform the Court during that period on the status of settlement.

The settlement has been approved by the appropriate Boards to date and will be submitted for final approval to the Westchester County Board of Legislators during its meeting on March 23, 2026. Therefore, we are requesting a 14-day adjournment of the March 24, 2026 settlement conference and will notify the Court during that period on the status of the settlement approval.

I thank you in advance for your time and consideration of this matter and should your staff need to contact me, I can be reached at (914) 995-3637.

Michaelian Office Building
148 Martine Avenue
White Plains, New York 10601          Telephone: (914) 995-2600          Website:westchestercountyny.gov

Respectfully submitted,

Granted. The conference is
adjourned to 4/ 8 /26, at 10:00

So Ordered.

3/17/26

John M. Nonna
Westchester County Attorney

/s/ Loren Zeitler

By:  Loren Zeitler
Associate County Attorney

cc:    All counsel (via ECF)